```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02777
    AGATHA V SIRON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
             Debtor
    SSN XXX-XX-5964


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/17/07 and confirmed on 05/23/07.

     2.  The case was dismissed after confirmation, 08/15/2008.

     3.  The Debtor paid a total of $  19429.69 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID            PAID
--------------------------------------------------------------------------------
BECKET & LEE LLP         UNSECURED         12238.29         .00         2065.17
ECAST SETTLEMENT CORPORA UNSECURED         27775.23         .00         4702.62
B REAL LLC               UNSECURED         21663.86         .00         3643.00
B REAL LLC               UNSECURED           417.47         .00           68.84
RESURGENT CAPITAL SERVIC UNSECURED         19509.18         .00         3296.59
KOHLS                    UNSECURED           372.34         .00           62.35
SYSTEMS & SERVICES TECH  UNSECURED         21103.13         .00         3571.21
          Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00           .00    103079.50         .00     103079.50
PRINCIPAL PAID        .00           .00     17409.78         .00      17409.78
INTEREST PAID         .00           .00          .00         .00           .00
TOTAL PAID            .00           .00     17409.78         .00      17409.78
The Debtor's attorney, BARTON & BARTON               , was allowed $  2500.00
and was paid $   1250.00  direct and $   1250.00  through the plan.

The Trustee received $     769.91 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 11/12/08                      /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 02777 AGATHA V SIRON
```